# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO RENE ALMEIDA SOTO, ) | CV F 04-6281 AWI WMW HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE DENIAL OF PETITION |
| v. ) | [Doc. 9] |
| CHARLES R. GILKEY, WARDEN ) | |
| Respondent. ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 17, 2006, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. Petitioner did not file objections.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the findings and

---

[1] The court notes that Petitioner's copy of the findings and recommendations was returned by the United States Postal Service with the notation that it was undeliverable and that Petitioner was out of custody. Pursuant to Local Rule 83-182, service at a party's address of record is fully effective.

1

recommendations to be supported by the record and by proper analysis.

      Based on the foregoing, it is HEREBY ORDERED that:

1.     The findings and recommendations issued by the Magistrate Judge on July 17, 2006, are a adopted in full;

2.     The Petition for Writ of Habeas Corpus is denied;

3.     The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:**   **December 30, 2006**            **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE